# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

ALEXANDER PLADOTT,
    Plaintiff

V.

LARRY EWERS,
    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 10356 RWZ

TO: (Name and address of Defendant)

Larry Ewers
13726 Suntan Avenue
Corpus Christi, TX

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Isaac H. Peres
50 Congress Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

MAR 1 - 2005

CLERK            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 28, 2005 at 9:23 am |
| NAME OF SERVER (PRINT)   Kelli Owens | TITLE   Private Process Server |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  1301 Edith Dr. #4, Alice, TX

Name of person with whom the summons and complaint were left:  Geneva Ewers (Mr. Ewer's Mother)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3-28-05
                    Date

Signature of Server:  Kelli Owens

Address of Server:  711 N. Carancahua #700
Corpus Christi, TX 78475

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.