UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER PLADOTT,<br>    Plaintiff,<br><br>v.<br><br>LARRY EWERS, et al.,<br>    Defendants. | CIVIL ACTION<br>NO. 05-10356-RWZ |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel to the Defendant Larry Ewers.

LARRY EWERS

By his attorney,

_____
Kenneth V. Nourse (BBO No. 655781)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts 02110
617.439.4444

Dated: April 25, 2005

## CERTIFICATE OF SERVICE

I, Kenneth V. Nourse, hereby certify that on April 25, 2005, I served a true copy of the above document by facsimile transmission and by first class mail, postage pre-paid, upon:

Isaac H. Peres
50 Congress Street
Boston, Massachusetts 02109
Fax: 617.367.8840

_____
Kenneth V. Nourse (BBO No. 655781)