UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER PLADOTT,<br>Plaintiff,<br><br>v.<br><br>LARRY EWERS, et al.,<br>Defendants. | CIVIL ACTION<br>NO. 05-10356-RWZ |

### NOTICE OF APPEARANCE

Please enter my appearance as counsel to the Defendant Larry Ewers.

LARRY EWERS

By his attorney,

Alan M. Spiro  (BBO No. 475650)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts 02110
617.439.4444

Dated: April 26, 2005

### CERTIFICATE OF SERVICE

I, Kenneth V. Nourse, hereby certify that on April 26, 2005, I served a true copy of the above document by facsimile transmission and by first class mail, postage pre-paid, upon:

Isaac H. Peres
50 Congress Street
Boston, Massachusetts 02109
Fax:  617.367.8840

Kenneth V. Nourse (BBO No. 655781)