# Edwards & Angell LLP

101 Federal Street  Boston, MA 02110   617.439.4444   *fax* 617.439.4170

Alan M. Spiro
Partner
Direct Phone: 617.951.2204
Direct Fax  888.325.9124
aspiro@EdwardsAngell.com

July 19, 2005

**BY HAND**

The Honorable Judge Rya W. Zobel
United States District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
Suite 6110
One Courthouse Way
Boston, MA 02210

**Re:   Alexander Pladott v. Larry Ewers, et al.
        Civil Action No. 05-10356-RWZ**

Dear Judge Zobel:

*Per* our hearing in the above-referenced case on June 16, I am afraid I must report that we have been unsuccessful in arriving at an agreed form of judgment for filing in the related case, *Ewers v. Heron, et al.*, Civil Action No. 04-10024-RWZ. Perhaps the enclosed Motion for Sanctions will explain in part the difficulties we have had in negotiating a common sense agreement.

I will shortly file a form of judgment in the related case which will, I hope, both address your concerns as to the correspondence between the claims in the Complaint and the relief requested in the judgment, and provide adequate protection for the movants/intervenors consistent with your comments in open court.

Sincerely,

Alan M. Spiro

Enclosure

cc:   Isaac Peres, Esq. (via first-class mail)
      Larry Ewers

BOS_497239_1/ASPIRO

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS, NJ | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON

- 2 -

Isaac H. Peres, Esq.
Law Office of Isaac H. Peres
50 Congress Street
Boston, MA 02109

Larry Ewers
E.P.D. Management Company, LLC
13726 Suntan Avenue
Corpus Christi TX 78418