## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALEXANDER PLADOTT, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) **CIVIL ACTION** |
| | ) **NO. 05-10356-RWZ** |
| LARRY EWERS, | ) |
| JOHN DOES 1 – 5 | ) |
| JOHN DOES 6 – 10, | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF ALEXANDER PLADOTT

I, Alexander Pladott, being duly sworn, hereby depose and states as follows:

1.     I am the Plaintiff in this case.  I am a citizen of the United States and I reside at 20000 Winnetka Place, Woodland Hills, CA 91364.

2.     I believe that the Defendant, Larry Ewers ("Ewers"), has made a misrepresentation to this Court in connection with the obtaining of a default judgment which he is about to obtain against Christopher Patrick Heron ("Heron") in Ewers v. Heron, et al., C.A. No. 04-10024-RWZ.

3.     In particular, Ewers requested and obtained an entry of default against Heron pursuant to Fed.R.Civ.P. 55(a), by representing to the Clerk of this Court that he had served Heron with the Complaint and Summons from C.A. No. 04-10024-RWZ.

4.     In fact, Ewers never served Heron with the Complaint and Summons from C.A. No. 04-10024-RWZ. Instead, Ewers served Heron with a document from another lawsuit against Heron, C.A. No. 02-10532-RWZ, in which Ewers sought to intervene.

5.     I have personal knowledge concerning the alleged service of the Complaint and Summons in C.A. No. 04-10024-RWZ because I was involved in the process with Ewers.

6.     At the outset of the process, on January 15, 2004, Ewers confirmed to me by e-mail (Exhibit "A") that Heron should be served "through the Hague Convention process."

7.     On March 9, 2004, Ewers e-mailed me (Exhibit "B") a copy of a letter that his lawyer, Alan Spiro, sent to Mr. Josh Cobb, APS International Ltd., regarding the service of the Complaint and Summons in C.A. No. 04-10024-RWZ.     Attorney Spiro "re-enclosed" the following in his letter:

      A.     Two (2) original summons of Case #04-10024-RWZ

      B.     Two (2) certified copies of the Complaint.

8.     To the best of my knowledge, APS International Ltd. never effected any service on Heron.

9.     On March 23, 2004, Ewers informed me via e-mail (Exhibit "C") that Heron was *not* served and that he had requested a legal opinion regarding whether he could hire an independent service to serve Heron, or would have to go through the court system.

10. On March 26, 2004, Ewers informed me via e-mail (Exhibit "D") that he received legal advice to "serve Heron using our guy and his procedure then we will continue service under Hague Convention."

11. On March 26, 2004, Ewers e-mailed me a copy of the e-mail he received from Attorney Spiro with the following legal advice: "Larry, Here are the relevant provisions of the Hague Service Convention. I have no objection to your causing informal service upon Heron, it is only that informal service of the kind you propose will be subject to attack either in the US, or more emphatically, of and when you attempt to enforce a judgment in the UK." (Exhibit "E")

12. On March 29, 2004, I forwarded Ewers a proposal that I had received from Mark Parfitt of "Specialist Private Investigators" related to the informal service on Heron (Exhibit "F").

13. On the same day, Ewers responded to me by e-mail (Exhibit "G") stating: "I will forward papers needed for service."

14. On March 31, 2004, I e-mailed Ewers (Exhibit "H") all the information he needed to serve Heron by using Mark Parfitt.

15. On March 31, 2004, Ewers e-mailed me (Exhibit "I") confirming that he had sent the documents to be served to Heron to Mark Parfitt by FedEx, tracking number 4663-096-7850.

16. On April 2, 2004, I looked up FedEx tracking number 4663-096-7850 and saw that Ewers sent the documents to be served on Heron to Mark Parfitt from his home address in Corpus Christi, Texas. (See printout of tracking number 4663-096-7850 attached as Exhibit "J").

17.    Mr. Parfitt's employee served the document which Ewers forwarded to Mr. Parfitt, and Ewers paid Mr. Parfitt for his services (Exhibit "K").

18.    I believe that Ewers actually sent his Motion to Intervene in C.A. No. 02-10523-RWZ to Mark Parfitt instead of the Complaint and Summons in C.A. No. 04-10024-RWZ for the purpose of confusing Heron and misleading him so that he would not respond to the Complaint in C.A. No. 04-10024-RWZ and consequently would be in default.

19.    I am informed and I believe that Ewers intends to use the Judgment which he is about to obtain against Heron for the purpose of collecting $1.6 billion of Heron's frozen assets in two unknown jurisdictions. Ewers refuses to provide me with any additional information regarding these frozen assets.

20.    Ewers had agreed, on behalf of his principal, Howard Eugene Liner, to share any recovery that he realizes with the creditors that I represent, but is now refusing to do so.

21.    I fear that if Ewers obtains a judgment and manages to free up Heron's frozen assets, he will secrete or waste them and a lawsuit against him will be to no avail.

22.    This unjust scenario should be prevented by this Court by not granting Ewers a Judgment at this time in C.A. No. C.A. No. 04-10024-RWZ on the basis that he failed to effectuate a proper service of Heron, and misrepresented to the Court that he did so.

Date:   August 18, 2005
        Woodland Hills, CA 91364

_____

Alexander Pladott

State of California        )
                           )  ss.
County of Los Angeles      )

Subscribed and sworn to (or affirmed) before me on this 18th day of August 2005 by
Alexander Pladott, proved to me on the basis of satisfactory evidence to be the person
who appeared before me.

_____

S. Stone
Notary Public

> **S. STONE**
> Commission # 1556850
> Notary Public - California
> Los Angeles County
> My Comm. Expires Mar 5, 2009

Title of Document:  Affidavit of Alexander Pladott
Document Date: August 18, 2005    Number of Pages: 4

# EXHIBIT "A"

From: Susan Stone  To: Alex    Case 1:05-cv-10356-RWZ    Document 19    Filed 08/22/2005    Page 7 of 21    Page 2 of 2
Date: 1/15/2004  Time: 3:41:44 PM

Page 1 of 1

Subj:  **Re: Heron**
Date:  1/15/2004 2:26:23 PM Pacific Standard Time
From:  lewers@stx.rr.com
To:    Ss4re@aol.com

Mr. Pladott:

No!

Even though we paid for faster service it still has to go through the Hague Convention process and once it comes out the process will speed up.

Instead of 12-16 weeks expect from 6-8 weeks before he will be served. The time frame I mentioned is not solid. As mentioned, it first has to come out, and then they can give me a time frame.

If possible, could you have your friend in London check on his residence?

Larry

----- Original Message -----
**From:** Ss4re@aol.com
**To:** lewers@stx.rr.com
**Sent:** Thursday, January 15, 2004 3:15 PM
**Subject:** Re: Heron

I will start to work on this right away. Have you heard if Heron was served?

Alex

# EXHIBIT "B"

From: Susan Stone To: Alex
Case 1:05-cv-10356-RWZ    Document 19    Filed 08/22/2005    Page 9 of 21
Date: 3/9/2004 Time: 4:38:02 PM

Page 1 of 2

Page 1 of 1

Subj:    **Fw: Service on Heron**
Date:    3/9/2004 2:20:39 PM Pacific Standard Time
From:    lewers@stx.rr.com
To:      Ss4re@aol.com

Mr. Pladott:

Please see attachment from Mr. Spiro.

Thanks,

Larry


----- Original Message -----
**From:** aspiro@edwardsangell.com
**To:** lewers@stx.rr.com
**Cc:** LCrossley@edwardsangell.com
**Sent:** Tuesday, March 09, 2004 4:14 PM
**Subject:** Service on Heron


I sent the attached to APS, which is our agent for effecting service.


Boston, Ft. Lauderdale, Hartford, New York, Providence, Short Hills NJ, Stamford, West Palm
Beach, London (Representative office)

CONFIDENTIALITY NOTICE

This e-mail message from Edwards & Angell, LLP is intended only for the individual or entity to
which it is addressed. This e-mail may contain information that is privileged, confidential and
exempt from disclosure under applicable law. If you are not the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this communication is strictly
prohibited. If you received this e-mail by accident, please notify the sender immediately and
destroy this e-mail and all copies of it.

Alan M. Spiro
Direct Dial: 617.951.2204
Direct Fax: 888.325.9124
E-Mail: aspiro@EdwardsAngell.com

March 9, 2004

**VIA FEDERAL EXPRESS**

Josh Cobb
APS International, Ltd. / The Civil Action Group
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

> RE:    APS File No. 240184
>        Larry Ewers v. Christopher Patrick Heron et al.
>        <u>U.S. District Court Case No. 04-10024 RWZ</u>

Dear Josh:

Thank you for our telephone conversations yesterday and today. As I informed you, an investigator retained by my client, Mr. Ewers, confirmed in London yesterday (Monday March 8) that Mr. Heron still resides at the given address, 21 Dale House, Boundary Road, London NW8 OJB. Enclosed please find copies of photographs of Mr. Heron, in case they might be of assistance to the Bailiff. As you suggested, I re-enclose the materials that were returned to me:

1. Two original Summonses in a Civil Case issued by the US District Court for the District of Massachusetts, Civil Docket no. 04-10024 RWZ; and

2. Two certified copies of the Complaint.

Thank you very much for your prompt assistance with this matter. Please ensure that Mr. Heron is served as soon as humanly possible.

Very truly yours,


Alan M. Spiro

cc:    Larry Ewers
       Leslie Crossley


BOS_BOS_437320_1/LCROSSLEY

# EXHIBIT "C"

Subj:     **Solicitor**
Date:     3/23/2004 12:21:25 PM Pacific Standard Time
From:     lewers@stx.rr.com
To:       Ss4re@aol.com

Mr. Pladott:

What is your feelings concerning hiring a solicitor to represent the creditors only? I understand Malcolm's statement about not rushing giving Pike time to determine there is not a conflict of interest. All of that is nice, but it does not address the creditors lack of representation in the UK. At no time since Feldman have we, the creditors had true representation.

There is no way I will ever believe we have exhausted all legal means to get Heron back in court. From day one after he started his innuendos, accusations, etc.etc. there has been a mentality in the UK to cover their rear ends. Due to the fact this tactic has been successful he will not change his modus operandi. We must be represented, or at lease have someone give us legal advice to determine if we are at a dead end, or can we aggressively address a course to get Heron back before the court. All of the information they have indicating he has committed perjury does not seem to matter.

I do not anticipate receiving answers from Pike on what body regulates Mrs. Hancock. By doing so he would admit his recommendations to Malcolm are without legal precedent.

Malcolm's solicitors have allowed Heron to make a mockery of the system and they show no intentions of challenging him. Malcolm is a man who speaks out of both sides of his mouth. It depends on who he is talking to and how it will affect his rear end. At times, I have felt he was an ally, but it is quite oblivious he is not.

With your experience in dealing with the Europeans, I must use your knowledge. I would guess close to 75% of our legal bills in the UK ,after Feldman, has been defending ourselves. I see no end to this cost unless we get someone who works only for us and we can have an input into actions we can and should take. Pike was a mistake. Simon was a mistake. Reasons are quite clear, they were not working or looking out for our interest. We are outsiders.

I have requested copies of the activity sheets in the UK on the service of Heron. It is unreal the amount of money we have paid, and continue to pay for incomptence. I have requested an legal opinion on the question can I hire an independent to serve him or do we have to go through the court system.

In closing, I make note of Malcolm's email this morning.

Wishing you, Susan and Assail a good day. I will out of town tomorrow, but should hear late in the day the results of the conference tomorrow.

Regards,

Larry

# EXHIBIT "D"

Case 1:05-cv-10356-RWZ    Document 19    Filed 08/22/2005    Page 14 of 21
From: Susan Stone  To: Alex                    Date: 3/26/2004  Time: 4:12:36 PM                    Page 1 of 1

Page 1 of 1

Subj:    **Service**
Date:    3/26/2004 3:40:48 PM Pacific Standard Time
From:    lewers@stx.rr.com
To:      Ss4re@aol.com

Mr. Pladott;

Please legal advice I received late afternoon.

" The bailiff do not farm out- the bailiff performs the service. The advice: Serve Heron using our guy and his procedure then we will continue service under Hague Convention. Do not worry about too much service-only worry about too little."

On Monday we will obtain information on what he needs and I will forward it to him.

Wishing you a nice weekend.

Regards,

Larry

# EXHIBIT "E"

Subj:    **Fw: Solicitor**
Date:    3/26/2004 12:31:53 PM Pacific Standard Time
From:    lewers@stx.rr.com
To:      Ss4re@aol.com

Mr. Pladott:

Please see email from Mr. Spiro.

Thanks,

Larry

----- Original Message -----
**From:** aspiro@edwardsangell.com
**To:** lewers@stx.rr.com
**Sent:** Friday, March 26, 2004 1:25 PM
**Subject:** Re: Solicitor

Larry, here are the relevant provisions of the Hague Service Convention. I have no objection to your causing informal service upon Heron; it is only that informal service of the kind you propose will be subject to attack either in the US or, more emphatically, if and when you attempt to enforce a judgment in the UK.

CHAPTER I – JUDICIAL DOCUMENTS

*Article 2*

Each Contracting State shall designate a Central Authority which will undertake to receive requests for service coming from other Contracting States and to proceed in conformity with the provisions of Articles 3 to 6.

Each State shall organise the Central Authority in conformity with its own law.

*Article 5*

The Central Authority of the State addressed shall itself serve the document or shall arrange to have it served by an appropriate agency, either –

*a)* by a method prescribed by its internal law for the service of documents in domestic actions upon persons who are within its territory, or

*b)* by a particular method requested by the applicant, unless such a method is incompatible with the law of the State addressed.

Subject to sub-paragraph *(b)* of the first paragraph of this Article, the document may always be served by delivery to an addressee who accepts it voluntarily.

*Article 6*

The Central Authority of the State addressed or any authority which it may have designated for

Friday, March 26, 2004 America Online: Ss4re

that purpose, shall complete a certificate in the form of the model annexed to the present Convention.

The certificate shall state that the document has been served and shall include the method, the place and the date of service and the person to whom the document was delivered. If the document has not been served, the certificate shall set out the reasons which have prevented service.

Boston, Ft. Lauderdale, Hartford, New York, Providence, Short Hills NJ, Stamford, West Palm Beach, London (Representative office)

CONFIDENTIALITY NOTICE

This e-mail message from Edwards & Angell, LLP is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it.

# EXHIBIT "F"

Subj:    **(no subject)**
Date:    3/29/2004 12:14:02 PM Pacific Standard Time
From:    specialistpi@fsmail.net
To:      Ss4re@aol.com

Dear Mr. Pladott,

Further to our recent telephone conversations, I can confirm the following information:

Agreement to serve papers on Christopher Heron and swear affidavit confirming service at county court local to Heron's address.

 Fee for services will depend on duration spent awaiting Heron. Fees charged at per hour, minimum of 4 hours plus 1 hour travel. Address for FEDEX of service papers: SPI, 14 Eleanor Road, Chalfont St Peter, Gerrards Cross, Bucks, SL9 9LZ. I would anticipate that we would be able to commence proceedings in the week commencing April 5.

Sincerely,

Mark Parfitt

Specialist Private Investigators


Freeserve AnyTime - HALF PRICE for the first 3 months - Save 0 a month
www.freeserve.com/anytime

# EXHIBIT "G"

Subj:    **Re: (no subject)**
Date:    3/29/2004 1:03:22 PM Pacific Standard Time
From:   lewers@stx.rr.com
To:     Ss4re@aol.com

Mr. Pladott:

I will forward papers needed for service.

Thank you for your prompt attention.

Larry

----- Original Message -----
**From:** Ss4re@aol.com
**To:** lewers@stx.rr.com
**Sent:** Monday, March 29, 2004 2:49 PM
**Subject:** Fwd: (no subject)

EXHIBIT "H"

Subj:
Date:     3/31/2004 10:49:30 AM Pacific Standard Time
From:     specialistpi@fsmail.net
To:       Ss4re@aol.com
*Sent from the Internet (Details)*

Dear Mr. Pladott,

Full contact details as follows: SPI, 14 Eleanor Road, Chalfont St Peter, Bucks, SL9 9LZ, England, UK. Telephone/fax +44 1753 880 379, or +44 7789 20 10 70.

Banking details: Bank of Scotland, 59 Bath Street, Glasgow, G2 2DH, U.K. Account name SPI, Account number 06399553, Sort Code 12-24-81, Swift code BOFSGB2S.

Regards,

Mark Parfitt

Specialist Private Investigators


Freeserve AnyTime - HALF PRICE for the first 3 months - Save £7.50 a month
www.freeserve.com/anytime

EXHIBIT "I"

| Subj: | **Tracking** |
| Date: | 3/31/2004 12:48:30 PM Pacific Standard Time |
| From: | lewers@stx.rr.com |
| To: | Ss4re@aol.com |
| Sent from the Internet (Details) | |

Mr. Pladott:

I was so upset with Fedex that I changed over to UPS Service with a guarantee of delivery by close of business on Friday.

Still can't believe thay failed to call me yesterday concerning lack of phone number. Unreal.

Tracking number:  4663 096 785 0

Regards,

Larry

# EXHIBIT "J"



**Home | About UPS | Contact UPS | Welcome Center**

**Tracking**

Log-In   User ID: [ ]   Password: [ ]   [ ] | **Forgot Password**   Register

→ **Track by Tracking Number**
→ **Track by Reference Number**
→ **Import Tracking Numbers**
→ **Track by E-mail**
→ **Get Quantum View Files**
→ **Request Quantum View Notify**
→ **Void a Shipment**
→ **Help**

## ▌▌▌▌ Track by Tracking Number

### View Details

| | |
|---|---|
| **Status:** | Exception |
| **Shipped to:** | CHALFONT ST. PETER, GB |
| **Shipped or Billed on:** | Mar 31, 2004 |
| **Tracking Number:** | 4663 0967 850 |
| **Service Type:** | EXPRESS |
| **Weight:** | 1.00 Lb |

### Package Progress:

| Date | Time | Location | Activity |
|---|---|---|---|
| Apr 2, 2004 | 2:20 P.M. | ABINGDON, GB | RECEIVER NOT IN ON 1ST DELIVERY ATTEMPT |
| | 5:14 A.M. | ABINGDON, GB | IMPORT SCAN |
| | 5:13 A.M. | ABINGDON, GB | OUT FOR DELIVERY |
| | 12:11 A.M. | EAST MIDLANDS AIRPOR, GB | IMPORT SCAN |
| Apr 1, 2004 | 8:49 P.M. | DERBY, GB | ARRIVAL SCAN |
| | 8:08 A.M. | PHILADELPHIA, PA, US | DEPARTURE SCAN |
| | 7:08 A.M. | PHILADELPHIA, PA, US | ARRIVAL SCAN |
| | 5:23 A.M. | LOUISVILLE, KY, US | DEPARTURE SCAN |
| | 1:11 A.M. | LOUISVILLE, KY, US | ARRIVAL SCAN |
| Mar 31, 2004 | 10:49 P.M. | US | BILLING INFORMATION RECEIVED |
| | 9:54 P.M. | SAN ANTONIO, TX, US | DEPARTURE SCAN |
| | 8:45 P.M. | SAN ANTONIO, TX, US | ARRIVAL SCAN |
| | 7:58 P.M. | CORPUS CHRISTI, TX, US | DEPARTURE SCAN |
| | 7:08 P.M. | CORPUS CHRISTI, TX, US | ORIGIN SCAN |

Tracking results provided by UPS: Apr 2, 2004 1:11 P.M. Eastern Time (USA)

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

← Back to Tracking Summary

⚛ **Back to Top**

Copyright © 1994-2004 United Parcel Service of America, Inc. All rights reserved.

# EXHIBIT "K"

From: Susan Stone To: Alex   Case 1:05-cv-10356-RWZ   Document 19-2   Date: 4/19/2004 Time: 10:07:24 AM   Filed 08/22/2005   Page 8 of 14   Page 1 of 1

Page 1 of 1

Subj:    **Wire**
Date:    4/19/2004 9:46:35 AM Pacific Standard Time
From:   lewers@stx.rr.com
To:     specialistpi@fsmail.net
CC:    Ss4re@aol.com

Mr. Parfitt:

Wire transfer was sent out today 4-19-04.

Thanking you for your service.

Sincerely,

Larry Ewers

**Bank of America** 〰️

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

1.800.432.1000
www.bankofamerica.com

H

Page 1 of 4
Account Number:  0057 7844 6713
E0  P   0C Enclosures 28          47
Statement Period
04/01/04 through 04/30/04       0271710

Ilıııllıtlıtltlıtlllltlılltllltltlııtltlıtlltlıltltllltlıtlıltll

03099 001 SCM999 I   4 0

E.P.D. MANAGEMENT COMPANY, L.L.C.
13726 SUNTAN AVE
CORPUS CHRISTI TX 78418-6051

Our free Online Banking service allows you to check account balances,
transfer funds, pay bills and more.  Enroll at www.bankofamerica.com.

## Simple Analysis Business Checking

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period | 04/01/04 through 04/30/04 | Statement Beginning Balance | 19,395.39 |
| Number of Deposits/Credits | 3 | Amount of Deposits/Credits | 29,284.00 |
| Number of Withdrawals/Debits | 79 | Amount of Withdrawals/Debits | 25,043.45 |
| | | Statement Ending Balance | 23,635.94 |
| Number of Enclosures | 28 | Average Ledger Balance | 20,813.23 |
| Number of Days in Cycle | 30 | Service Charge | 59.91 |

### Deposits and Credits

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 04/08 | 13,460.00 | Wire Type:Book IN Date:040804 Time:1523 Ct Trn:040408058008 Senders Ref:2004040800037071 Orig:Emery Resources Inc ID:0001589577756 Orig Bk: Bank One, N.A. ID:111000614 Pmt Det:/Rfb/040408007 535 /Imad/20040408K1Qjm01C001625 | 903704080058008 |
| 04/19 | 1,350.00 | Deposit | 813204730715657 |
| 04/27 | 14,474.00 | Wire Type:Wire IN Date: 042704 Time:0951 Ct Trn:040427016971 Fdref/Seq:040427002105/000444 Orig:Emery Resources Inc ID:0001589577756 Snd Bk:B Ank One, N.A. ID:111000614 | 903704270016971 |

### Withdrawals and Debits

#### Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 3395 | 137.22 | 04/01 | 813009030649217 | 3401 | 17.19 | 04/07 | 813204930982843 |
| 3397 * | 70.63 | 04/05 | 813105830460333 | 3402 | 63.11 | 04/08 | 813009130324682 |
| 3398 | 262.36 | 04/01 | 813105930246945 | 3403 | 16.00 | 04/14 | 813204930212396 |
| 3399 | 110.50 | 04/01 | 813008230915501 | 3404 | 46.00 | 04/08 | 813204730608339 |
| 3400 | 27.06 | 04/06 | 813106030722740 | 3405 | 25.00 | 04/16 | 813008730638597 |

0122

H

Page 2 of 4
Account Number: 0057 7844 6713
E0 P  0C Enclosures 28        47
Statement Period
04/01/04 through 04/30/04      0271711

E.P.D. MANAGEMENT COMPANY, L.L.C.

## Simple Analysis Business Checking

### Withdrawals and Debits - Continued

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 3406 | 100.00 | 04/13 | 813106130783908 | 3419 | 75.72 | 04/27 | 813009531758930 |
| 3407 * | 95.00 | 04/09 | 813106130155830 | 3420 | 93.26 | 04/29 | 813008930201572 |
| 3409 * | 25.00 | 04/15 | 813105930002519 | 3423 * | 25.00 | 04/30 | 813106230466309 |
| 3410 | 78.45 | 04/16 | 813204830808646 | 5130 * | 2,306.90 | 04/09 | 813204730790685 |
| 3411 | 40.41 | 04/19 | 813106030034939 | 5136 * | 2,708.64 | 04/09 | 813204433193519 |
| 3412 | 1,479.00 | 04/14 | 813204730418016 | 5137 | 1,297.30 | 04/21 | 813204730362903 |
| 3413 | 202.44 | 04/20 | 813105930389223 | 5151 * | 545.00 | 04/21 | 813204730362904 |
| 3414 | 634.80 | 04/23 | 813106230448719 | 5156 * | 2,324.60 | 04/12 | 813008730875882 |
| 3418 * | 18.57 | 04/26 | 813204830178245 | 5165 * | 3,200.00 | 04/30 | 813204433392749 |

* Preceding check (or checks) is outstanding, is included in summary listing, or has been included in a previous statement.

**Other Debits**

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| 04/01 | 300.00 | Household Bank  ;Des= online Pmt;Id= ckfxxxxx8957Pos Eff Date: 040401;Indn:Ewers,Larry | 902540923522990 |
| 04/06 | 350.33 | 85403 Aas  ;Des= premium   ;ID= 2493712486 Eff Date: 040406;Indn:Larry Ewers | 902540963556489 |
| 04/08 | 10.00 | Wire Transfer Fee | 903704080048239 |
| 04/12 | 25.00 | Retina And Vitre;Des= purchase  ;ID= 3408      Houstx Eff Date: 040412;Indn:111017822271962 | 902541030116899 |
| 04/13 | 600.00 | Capital One  ;Des= online Pmt;ID= 410339960080655 Eff Date: 040413;Indn:2109491320Ewers Larry | 902541031626745 |
| 04/13 | 500.00 | Household Bank  ;Des= online Pmt;Id= ckfxxxxx8957Pos Eff Date: 040413;Indn:Ewers,Larry | 902541031629246 |
| 04/13 | 349.00 | Capital One  ;Des= online Pmt;ID= 410339960079842 Eff Date: 040413;Indn:2298797651Ewers Larry | 902541031626738 |
| 04/19 | 540.00 | Wire Type:Intl Out Date:041904 Time:1057 Ct Trn:040419023600 Related Ref:0104041900142 0Nn Bnf:Specialist Private Investi ID:06399553 Bnf Bk: Bank Of Scotland ID:Bofsgb2S Pmt Det/Rec/Sort Cod E 12-24-81 | 903704190023600 |
| 04/26 | 488.19 | Capital One  ;Des= check Pymt;ID= 3416 Eff Date: 040426;Indn:752910141146901 9076402 | 902541172109670 |
| 04/26 | 321.62 | Capital One  ;Des= check Pymt;ID= 3417 Eff Date: 040426;Indn:752910141146901 9076648 | 902541172109680 |
| 04/26 | 179.51 | Capital One  ;Des= check Pymt;ID= 3415 Eff Date: 040426;Indn:752910141146901 9076646 | 902541172109681 |
| 04/30 | 63.75 | Capital One  ;Des= check Pymt;ID= 3422 Eff Date: 040430;Indn:752910142069010 0064663 | 902541210377643 |
| **Card Account # 4635 7200 0121 2875:** | | | |
| 04/12 | 400.00 | BkofAmerica ATM 04/12 #000006446 Withdrwl | 950604120006446 |
| 04/12 | 50.98 | CheckCard  0409 Island Tire And Automot | 905704090686336 |
| 04/28 | 883.00 | CheckCard  0426 Apple Dental Center Inc | 905704260479810 |
| 04/30 | 400.00 | BkofAmerica ATM 04/30 #000009470 Withdrwl | 950604300009470 |
| 04/30 | 389.67 | CheckCard  0428 Sprint Pcs #472 | 905704280659386 |

0123

H

Page 3 of 4
Account Number: 0057 7844 6713
E0  P  0C Enclosures 28          47
Statement Period
04/01/04 through 04/30/04      0271712

E.P.D. MANAGEMENT COMPANY, L.L.C.

## Simple Analysis Business Checking

### Withdrawals and Debits - Continued

**Other Debits**

| Date Posted | Amount | Description | Bank Reference |
|---|---|---|---|
| | Subtotal | 2,123.65 | |
| | Card Account # 4635 7200 0121 2883: | | |
| 04/02 | 88.77 | CheckCard  0330 Julian Gold Inc | 90570330041 8691 |
| 04/05 | 119.13 | Heb Heb #204     04/04 #000682001 Purchase | 950604040682001 |
| 04/05 | 38.92 | Heb Heb #204     04/03 #000960001 Purchase | 950604030960001 |
| 04/05 | 31.59 | Eckerd Corpora  04/05 #000006135 Purchase | 950604050006135 |
| 04/06 | 35.67 | CheckCard  0405 Tuesday Morning #0113 | 905704050855281 |
| 04/06 | 33.45 | Heb Heb #204     04/05 #000188600 Purchase | 950604050188600 |
| 04/07 | 141.39 | CheckCard  0405 Shannon'S | 905704050122506 |
| 04/07 | 55.27 | Heb Heb #270     04/06 #000722300 Purchase | 950604060722300 |
| 04/09 | 115.29 | Heb Heb #270     04/09 #000401600 Purchase | 950604090401600 |
| 04/09 | 110.91 | CheckCard  0407 Shoe Cents #83 | 905704070136190 |
| 04/12 | 69.66 | Heb Heb #204     04/12 #000822400 Purchase | 950604120822400 |
| 04/14 | 86.57 | CheckCard  0413 Stein-Mart #0061 | 905704130659077 |
| 04/14 | 75.56 | Samsclub #8267  04/14 #000466940 Purchase | 950604140466940 |
| 04/14 | 57.47 | Wal-Mart #0470  04/14 #000578523 Purchase | 950604140578523 |
| 04/14 | 31.46 | Heb Heb #270     04/13 #000298200 Purchase | 950604130298200 |
| 04/15 | 86.58 | CheckCard  0413 The Mens Wearhouse #122 | 905704130077514 |
| 04/19 | 75.74 | CheckCard  0417 Stein-Mart #0056 | 905704170289091 |
| 04/20 | 334.41 | Dillard'S # 72  04/20 #000673134 Purchase | 950604200673134 |
| 04/20 | 92.74 | Sou Foley'S #4  04/20 #000008606 Purchase | 950604200008606 |
| 04/20 | 64.94 | CheckCard  0418 Stein-Mart #0084 | 905704180802087 |
| 04/22 | 62.76 | Eckerd Corpora  04/22 #000008212 Purchase | 950604220008212 |
| 04/23 | 36.79 | Heb Heb #270     04/22 #000168100 Purchase | 950604220168100 |
| 04/26 | 75.77 | CheckCard  0422 The Mens Wearhouse #122 | 905704220002145 |
| 04/26 | 53.16 | Heb Heb #204     04/24 #000743400 Purchase | 950604240743400 |
| 04/26 | 50.54 | Heb Heb #204     04/26 #000203700 Purchase | 950604260203700 |
| 04/26 | 32.46 | CheckCard  0422 Linens N Things #194 | 905704220356207 |
| 04/27 | 108.02 | Samsclub #8267  04/27 #000425921 Purchase | 950604270425921 |
| 04/28 | 82.21 | Bed, Bath & Be  04/28 #000000819 Purchase | 950604280000819 |
| 04/28 | 69.91 | Eckerd Corpora  04/27 #000008793 Purchase | 950604270008793 |
| 04/29 | 504.00 | CheckCard  0427 Apple Dental Center Inc | 905704270335714 |
| 04/29 | 216.49 | CheckCard  0427 The Mens Wearhouse #122 | 905704270079028 |
| 04/29 | 28.10 | CheckCard  0428 Shoe Carnival #239 | 905704280711132 |
| 04/30 | 41.60 | Eckerd Corpora  04/30 #000009086 Purchase | 950604300009086 |
| | Subtotal | 3,107.33 | |

### Daily Ledger Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/01 | 18,585.31 | 04/13 | 21,160.82 | 04/23 | 16,622.40 |
| 04/02 | 18,496.54 | 04/14 | 19,414.76 | 04/26 | 15,402.58 |
| 04/05 | 18,236.27 | 04/15 | 19,303.18 | 04/27 | 29,692.84 |
| 04/06 | 17,789.76 | 04/16 | 19,199.73 | 04/28 | 28,657.72 |
| 04/07 | 17,575.91 | 04/19 | 19,893.58 | 04/29 | 27,815.87 |
| 04/08 | 30,916.80 | 04/20 | 19,199.05 | 04/30 | 23,635.94 |
| 04/09 | 25,580.06 | 04/21 | 17,356.75 | | |
| 04/12 | 22,709.82 | 04/22 | 17,293.99 | | |

H

E.P.D. MANAGEMENT COMPANY, L.L.C.

## Simple Analysis Business Checking

### Account Analysis

**Activity Charges**

| Activity Analyzed | Number | Charge |
|---|---|---|
| FDIC Assessment | | 0.25 |
| Wire - Incoming | 1 | 10.00 |
| Bank Assisted Wire | 1 | 45.00 |
| Checks Paid / Other Debits Fee | 28 | 3.36 |
| Deposits / Other Credits Fee | 1 | 0.40 |
| Items Deposited Fee | 1 | 0.09 |
| Maintenance | 1 | 10.00 |
| TOTAL ACTIVITY CHARGES | | 69.10 |

**Analysis**

| | |
|---|---|
| Average Ledger Balance | 20,813.23 |
| less float | 47.70 |
| Average Collected Balance | 20,765.53 |
| less 10% Reserve Requirement | 2,076.55 |
| Average Available Balance | 18,688.98 |
| | |
| Earnings Allowance at 0.60000% | 9.19 |
| less Total Activity Charges | 69.10 |
| Net Service Charge Applied To Your Account | 59.91 |

### Message Center

*We'd like you to know that the following changes will take effect on July 1, 2004. The monthly maintenance fee will change to $13. This fee may be offset by the earnings allowance if you maintain sufficient positive collected balances during your statement cycle.*

*The fee for each insufficient funds item is based on the number of days during the current month and preceding 12-month period in which your account has had at least one insufficient funds item (each of these days is an "insufficient funds occurrence").*

*If your account has had 2 or fewer insufficient funds occurrences during the current month and preceding 12-month period, the fee is $17 per item. If your account has had at least 3 but no more than 5 insufficient funds occurrences during the current month and preceding 12-month period, the fee is $30 per item.*

*If your account has had 6 or more insufficient funds occurrences during the current month and preceding 12-month period, the fee is $33 per item. The insufficient funds fee applies to a maximum of 5 items each day. You can avoid this fee by taking advantage of one of our overdraft protection plans.*

*The fee for an overdraft protection transfer will change to $10 per transfer. Please call your bank representative or the Customer Service number on this statement if you have any questions or want to set up overdraft protection. We value your business and our associates will be happy to assist you.*

*EARN AWARD TRAVEL FAST - CALL 1.800.360.5080; -Earn FlightFund(R) Miles for purchases your business makes; -5,000 bonus miles after your first purchase; -Low intro APR on purchases and balance transfers for 6 months. APPLY for the America West(R) FlightFund(R) Visa(R) Business Card.*

0125

# Certificate of Service

| In the | |
|---|---|
| Claim No. | OZ-10532 RWZ |
| Claimant | LARRY EWERS |
| Defendant | CHRISTOPHER PATRICK HERON |

On the ....7ᵗʰ APRIL 2004.......................................................(insert date)

the ..............................................................................................(insert title or description of documents served)

a copy of which is attached to this notice was served on (insert name of person served, including position i.e. partner, director if appropriate)

................................................................................................................

Tick as appropriate

☐ by first class post          ☐ by Document Exchange

☐ by delivering to or leaving          ☐ by handing it to or leaving it with

☐ by fax machine (.................time sent)     [                    ]
(you may want to enclose a copy of the
transmission sheet)

                              ☐ by e-mail

☑ by other means (please specify)    BY HAND

at (insert address where service effected,     21 DALE HOUSE
include fax or DX number or e-mail address)    BOUNDARY ROAD.
                                              LONDON
                                              ENGLAND.

being the defendant's:

☑ residence          ☐ registered office

☐ place of business     ☐ other (please specify) ..........................................

The date of service is therefore deemed to be ..7ᵗʰ APRIL  2002.......... (insert date - see over for guidance)

I confirm that at the time of signing this Certificate the document has not been returned to me as undelivered.

Signed ..................................          Position or ..........................................
(Claimant)(Defendant)('s solicitor)('s litigation friend)     office held
Date ....7ᵗʰ APRIL 2004......................     (if signing on behalf
                                              of firm or company)

N215 Certificate of service (4.99)                    Printed on behalf on The Court Service

## CERTIFICATE

The undersigned authority has the honour to certify, in conformity with
Article 6 of the Hague Convention

That the document hereby described:  Civil Court Action 02-10523-RWZ
District of Massachusetts Plaintiff Larry Ewers vs Defendant Christopher
Patrick Heron

was served on:                    April 07, 2004 08.18
        (Date)

to:                               Christopher Patrick Heron
                                      (Name)
at:                               21 Dale House, Boundary Road,
                                  London, NW8
        (Place)
                                      (Address)


by the follow method authorized by Article 5:  By personal delivery to
Christopher Patrick Heron at the above address who accepted it voluntarily.
The document referred to above was delivered and served to Christopher
Patrick Heron, whom the Server knew previously, at his residence at the
above the address.

Attached is the document establishing the service.
Description of the document:    Certificate of Service


_____        _15/04/06_____
(Name and Title)                (Place at Date)

JOHN LEONARD  (SOLICITOR)

STAMP or Seal


FINERS STEPHENS INNOCENT
Solicitors
179 Great Portland Street
London W1N 6LS