UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER PLADOTT, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>LARRY EWERS, )<br>JOHN DOES 1 – 5 )<br>JOHN DOES 6 – 10, )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 05-10356-RWZ |

AFFIDAVIT OF MARK PARFITT

I, Mark Parfitt, being duly sworn hereby depose and state as follows:

1. I am a citizen of the United Kingdom (U.K.) and reside at The Old School House, School Lane, Middleton Stoney, Oxfordshire, OX25 4AW.

2. I am the owner of Specialist PI Limited, a private investigation company.

3. In April 2004, the address of my company was 14 Eleanor Road, Chalfont St. Peter Bucks, SL99LZ, England, Great Britain, U.K. The company's current address is the same as my residential address.

4. On April 2, 2004, I received a package by Federal Express from a Larry Ewers containing a copy of a document related to United States District Court, District of Massachusetts, C.A. No. 02-10532-RWZ. There was no summons in the package, nor were there any documents from any other lawsuit in the package.

5. Mr. Ewers asked me to serve the document on a Christopher Patrick Heron at 21 Dale House, Boundary Road, London NW8.

6. I asked my employee, Mr. Richard Cox to serve the document from C.A. No. 02-10532-RWZ on Mr. Heron, which he did on April 7, 2004.

7. Mr. Cox did not serve any documents from C.A. No. 04-10024-RWZ on Mr. Heron because Mr. Ewers did not provide me with any such documents.

8. Mr. Cox signed the Certificate of Service dated April 7, 2004 which I then sent to Mr. Ewers. A copy of this Certificate is attached hereto.

9. Approximately one week later, Mr. Ewers sent me a certificate related to the Hague Convention, a copy of which is also attached herewith. Mr. Ewers wanted me to execute it before a solicitor.

10. Instead, I asked Mr. Cox to find a solicitor in London who would provide this service.

11. Mr. Cox asked John Leonard, a solicitor with the law firm Finers, Stephens, Innocent LLP, 179 Great Portland Street, London W1W5L to certify his signature. On April 15, 2004, Mr. Leonard certified it under Mr. Cox's signature. I then sent the certificate to Mr. Ewers.

12. On April 19, 2004, Mr. Ewers wired me my fees for the above services.

Signed:

_____  19/08/05
Mark Parfitt            Date

Sworn Before Me:

D O Coxall  19.8.05
_____
      D. O. COXALL  Date
SEAL   SOLICITOR

Alfred Truman
Solicitors
The Old Courthouse
5 Sheep Street
Bicester, Oxon
OX26 6JB

3

| Claim No. | OZ-10532 RWZ |
|---|---|
| Claimant | LARRY EWERS |
| Defendant | CHRISTOPHER PATRICK MERON |

*[stamp: A/C NO. 2420... 07 APR 2004]*

On the ......7th APRIL 2004.................................................(insert date)

the ..............................................................................................(insert title or description of documents served)

a copy of which is attached to this notice was served on (insert name of person served, including position i.e. partner, director if appropriate)

..............................................................................................

Tick as appropriate

☐ by first class post                    ☐ by Document Exchange

☐ by delivering to or leaving            ☐ by handing it to or leaving it with

☐ by fax machine (............time sent)  
(you may want to enclose a copy of the transmission sheet)

                                          ☐ by e-mail

☑ by other means (please specify)   | BY HAND |

at (insert address where service effected, include fax or DX number or e-mail address)

| 21 DALE HOUSE |
| BOUNDARY ROAD. |
| LONDON |
| ENGLAND. |

being the defendant's:

☑ residence                ☐ registered office

☐ place of business        ☐ other (please specify) ..........................................

The date of service is therefore deemed to be ...7th APRIL 2004............ (insert date - see over for guidance)

I confirm that at the time of signing this Certificate the document has not been returned to me as undelivered.

Signed .........[signature]..........................        Position or ..........................
(Claimant)(Defendant)('s solicitor)('s litigation friend)   office held
                                                            (if signing on behalf
Date ....7th APRIL 2004................                     of firm or company)

# **CERTIFICATE**

The undersigned authority has the honour to certify, in conformity with Article 6 of the Hague Convention

That the document hereby described: Civil Court Action 02-10523-RWZ District of Massachusetts Plaintiff Larry Ewers vs Defendant Christopher Patrick Heron

was served on:  April 07, 2004 08.18
(Date)

to:  Christopher Patrick Heron
(Name)

at:  21 Dale House, Boundary Road, London, NW8
(Place)
(Address)

by the follow method authorized by Article 5: By personal delivery to Christopher Patrick Heron at the above address who accepted it voluntarily. The document referred to above was delivered and served to Christopher Patrick Heron, whom the Server knew previously, at his residence at the above the address.

Attached is the document establishing the service.
Description of the document:    Certificate of Service

_____          15/04/04
(Name and Title)                                 (Place at Date)

JOHN LEONARD (SOLICITOR)

STAMP or Seal


FINERS STEPHENS INNOCENT
Solicitors
179 Great Portland Street
London W1N 6LS