UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER PLADOTT<br>     Plaintiff,<br><br>v.<br><br>LARRY EWERS, et al.,<br>     Defendants. | CIVIL ACTION<br>NO. 05- 10356-RWZ |

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO FILE
OPPOSITION TO PLAINTIFF'S MOTION TO PRECLUDE ENTRY OF JUDGMENT
IN C.A. NO. 04-10024-RWZ BASED ON MISREPRESENTATION
BY DEFENDANT LARRY EWERS**

Defendant Larry Ewers ("Ewers") requests an extension of time for seven (7) additional days, to and including Tuesday, September 13, 2005, to oppose Plaintiff's Motion to Preclude Entry of Judgment in C.A. No. 04-10024-RWZ ("Ewers Litigation") Based on Misrepresentation by Defendant Larry Ewers. As grounds for his motion, Defendant states:

1. The Motion alleges certain misrepresentations by Ewers concerning service of process in the Ewers Litigation, which was effected over a year and a half ago.

2. To refute those allegations, Ewers is in the process of undertaking a thorough search for documents concerning service of process in the Ewers Litigation and requires additional time to locate those relevant documents.

3. Plaintiff would suffer no prejudice if the deadline for Defendant's opposition were extended by seven (7) days.

4. Plaintiff has assented to an extension of seven (7) days.

WHEREFORE, Defendant requests a seven (7) day extension of time, to and including September 13, 2005, to oppose the Motion.

BOS_502301_1/KNOURSE

- 2 -

LARRY EWERS

By his attorneys,

*/s/ Kenneth V. Nourse*
Alan M. Spiro (BBO No. 475650)
Kenneth V. Nourse (BBO No. 655781)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 439-4444

ALEXANDER PLADOTT

By his attorney,

*/s/ Isaac H. Peres /KVN*
Isaac H. Peres (BBO No. 545149)
50 Congress Street
Boston, MA 02109
(617) 722-0094

Dated: September 2, 2005

### CERTIFICATE OF SERVICE

I, Kenneth V. Nourse, hereby certify that on September 2, 2005, I served a true copy of the above document by electronic filing on counsel of record for Plaintiff Alexander Pladott.

*/s/ Kenneth V. Nourse*
Kenneth V. Nourse (BBO No. 655781)