UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER PLADOTT<br>Plaintiff,<br><br>v.<br><br>LARRY EWERS, et al.,<br>Defendants. | CIVIL ACTION<br>NO. 05- 10356-RWZ |

**DEFENDANTS'S MOTION TO EXTEND TIME TO FILE
OPPOSITION TO PLAINTIFF'S MOTION TO PRECLUDE ENTRY OF JUDGMENT
IN C.A. NO. 04-10024-RWZ BASED ON MISREPRESENTATION
BY DEFENDANT LARRY EWERS**

Defendant Larry Ewers ("Ewers") requests an extension of time for seven (7) additional days, to and including Tuesday, September 20, 2005, to oppose Plaintiff's Motion to Preclude Entry of Judgment in C.A. No. 04-10024-RWZ ("Ewers Litigation") Based on Misrepresentation by Defendant Larry Ewers. As grounds for his motion, Defendant states:

1. Plaintiff's Motion alleges certain misrepresentations by Ewers concerning, among other things, whether Christopher Patrick Heron ("Heron") was served in the U.K. with the Complaint and Summons instituting the Ewers Litigation.

2. To refute those allegations, Ewers has been in contact with the Central London County Court, which retained a copy of the actual documents that were served on Heron in the U.K. and maintains records of certificate of service issuance, to obtain a copy of those documents.

3. The documents Ewers expects to obtain from the Central London County Court would resolve a key factual dispute raised in Plaintiff's Motion, namely, whether Heron was served with the Complaint and Summons instituting the Ewers Litigation.

4. Plaintiff would suffer no prejudice if the deadline for Defendant's opposition were extended by an additional seven (7) days to allow Ewers to secure from the Central London County Court a copy of the documents that were served on Heron in the U.K.

5. Additionally, where Plaintiff has alleged a misrepresentation concerning which documents were served on Heron in the U.K., the interests of justice are best served by allowing Ewers an additional seven (7) days to obtain a copy of the exact documents that were served on Heron from the Central London County Court.

WHEREFORE, Defendant requests an additional seven (7) day extension of time, to and including September 20, 2005, to oppose the Motion.

LARRY EWERS

By his attorneys,

*/s/ Kenneth V. Nourse*
Alan M. Spiro  (BBO No. 475650)
Kenneth V. Nourse (BBO No. 655781)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, Massachusetts  02110
(617) 439-4444

Dated:  September 12, 2005

### CERTIFICATE OF SERVICE

I, Kenneth V. Nourse, hereby certify that on September 12, 2005, I served a true copy of the above document by electronic filing on counsel of record for Plaintiff Alexander Pladott.

*/s/ Kenneth V. Nourse*
Kenneth V. Nourse  (BBO No. 655781)

## LOCAL RULE 7.1 CERTIFICATION

On September 12, 2005, I, Kenneth V. Nourse, counsel for the Defendant Larry Ewers, conferred via email with Isaac H. Peres, counsel for the Plaintiff, in a good faith effort to resolve the issue presented in this motion.

*Kenneth V. Nourse*  (BBO No. 655781)