UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
**ALEXANDER PLADOTT,** )
 )
        **Plaintiff** )
 )
**v.** )
 )   **CIVIL ACTION**
 )   **NO. 05-10356-RWZ**
**LARRY EWERS,** )
**JOHN DOES 1 – 5** )
**JOHN DOES 6 – 10,** )
 )
        **Defendants.** )
_____)

**ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE**

    The Plaintiff, Alexander Pladott, hereby requests this Court to continue the status conference scheduled for March 14, 2006 to sometime during the second week of April, or to some other time which is convenient for the Court. As grounds for this Motion, the Plaintiff states that his attorney, Isaac H. Peres, is scheduled to conduct a trial that day in Suffolk Superior Court.

                                  ALEXANDER PLADOTT

                                  By his Attorney,


                                /s/ Isaac H. Peres_____
                                Isaac H. Peres, BBO #545149
                                50 Congress Street
                                Boston, MA 02109
                                (617) 722-0094

**ASSENTED TO:**

LARRY EWERS

By his Attorney,


\_\_\_/s/ Alan M. Spiro_____
Alan M. Spiro, BBO #475650
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444


CERTIFICATE OF SERVICE


I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those as non registered participants on March 9, 2006.


\_\_/s/ Isaac H. Peres_____
Isaac H. Peres

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.