UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
**ALEXANDER PLADOTT,**                      )
                                            )
           **Plaintiff**  )
                                            )
v.                                          )
                                            )   **CIVIL ACTION**
                                            )   **NO. 05-10356-RWZ**
**LARRY EWERS,**                            )
**JOHN DOES 1 – 5**                         )
**JOHN DOES 6 – 10,**                       )
                                            )
           **Defendants.** )
_____)

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

The Plaintiff, Alexander Pladott, and the Defendant, Larry Ewers, hereby request this Court to continue the status conference scheduled for April 12, 2006. As grounds for this Motion, the Plaintiff states that, consistent with his past practice, he plans to attend the status conference. The Plaintiff resides in California. The date of the scheduled conference, April 12, 2006, is the Eve of the Jewish holiday of Passover. Attending the status conference would require the Plaintiff to spend Passover away from his family.

In addition, Edwards, Angell, Palmer & Dodge, the law firm which represents the Defendant will be moving its office on the week which begins on April 10, 2006. Thus, it will also be a hardship for Attorney Alan M. Spiro to appear at the status conference

scheduled for April 12, 2006.  Accordingly, the parties respectfully request this Court to reschedule the conference to another date which is convenient to the Court.

| LARRY EWERS | ALEXANDER PLADOTT |
|---|---|
| By his Attorney, | By his Attorney, |
| \_\_\_\_/s/ Alan M. Spiro_____ | \_\_\_\_/s/ Isaac H. Peres_____ |
| Alan M. Spiro, BBO #475650 | Isaac H. Peres, BBO #545149 |
| Edwards, Angell, Palmer & Dodge | 50 Congress Street |
| 101 Federal Street | Boston, MA 02109 |
| Boston, MA 02110 | (617) 722-0094 |
| (617) 439-4170 | |

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those as non registered participants on April 7, 2006.

\_\_\_\_/s/ Isaac H. Peres_____
Isaac H. Peres

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.