## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                            )
**ALEXANDER PLADOTT,**                       )
                                            )
       **Plaintiff**     )
                                            )
v.                                           )
                                            )   **CIVIL ACTION**
                                            )   **NO. 05-10356-RWZ**
**LARRY EWERS,**                             )
**JOHN DOES 1 – 5**                          )
**JOHN DOES 6 – 10,**                        )
                                            )
       **Defendants.**   )
_____)

### STIPULATION OF DISMISSAL

Pursuant to the Order of this Court dated April 24, 2006, the parties to this action hereby stipulate that it be dismissed, without prejudice.

| LARRY EWERS | ALEXANDER PLADOTT |
|---|---|
| By his Attorney, | By his Attorney, |
| ____/s/ Alan M. Spiro_____ | ____/s/ Isaac H. Peres_____ |
| Alan M. Spiro, BBO #475650 | Isaac H. Peres, BBO #545149 |
| Edwards, Angell, Palmer & Dodge | 50 Congress Street |
| 111 Huntington Avenue | Boston, MA 02109 |
| Boston, MA 02199 | (617) 722-0094 |
| (617) 439-4170 | |

This document was created with Win2PDF available at http://www.win2pdf.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.

Case 1:05-cv-10356-RWZ    Document 33    Filed 05/05/2006    Page 2 of 2