UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEXANDER PLADOTT,<br><br>    Plaintiff,<br><br>v.<br><br>LARRY EWERS, et al.<br><br>    Defendants. | Civil Action No. 05-10356-RWZ |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Alan M. Spiro, counsel to Defendant, Larry Ewers, has changed his address. Please cause all notices, pleadings and correspondence in this matter to be sent to the address below:

>Alan M. Spiro
>EDWARDS ANGELL PALMER & DODGE LLP
>111 Huntington Avenue
>Boston, Massachusetts 02199
>Direct Phone: 617.951.2204
>Direct Fax:    888.325.9124
>
>LARRY EWERS
>By his attorney,

Dated: May 5, 2006

/s/ Alan M. Spiro
Alan M. Spiro (BBO No. 475650)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Direct Phone: 617.951.2204
Direct Fax:    888.325.9124
E-mail:        aspiro@eapdlaw.com

BOS_534626_1.DOC/ASPIRO